IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETS

```
-------------------------------------------------------X
MOHD ABULZAHAB, et al.,                                      Civil Action No. 1:18-cv-12658

                Plaintiffs,                                  JURY TRIAL DEMANDED

        v.

UBER TECHNOLOGIES, INC.;
RASIER, LLC; PORTIER, LLC;
DARA KHOSROWSHAHI;
NELSON CHAI; and DOES 1-10,

                Defendants.
-------------------------------------------------------X
```

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss, without prejudice, their Complaint (ECF No. 1) against all Defendants: Uber Technologies, Inc.; Rasier, LLC; Portier, LLC; Dara Khosrowshahi; Nelson Chai; and Does 1–10. Defendants have not yet filed an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

                                        Respectfully submitted,

Dated: May 8, 2019                        /s/ Josh Gardner
                                                    Josh Gardner (BBO No. 657347)
                                                    Gardner & Rosenberg P.C.
                                                    One State Street, Fourth Floor
                                                    Boston, Massachusetts 02109
                                                    Phone: (617) 390-7570
                                                    Cell: (857) 225-2743
                                                    Fax: (617) 972-7983
                                                    josh@gardnerrosenberg.com


Ashley Keller (*pro hac vice*)
Keller Lenkner LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
Phone: (312) 741-5220
ack@kellerlenkner.com

## Certificate of Service

I, Josh Gardner, certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 8, 2019.

　　　/s/ Josh Gardner